# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Renee Maxwell, | Plaintiff(s) | **CASE NUMBER:** 2:22-cv-01803-FLA-KS |
| v. | | |
| American Airlines, Inc. et al, | Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required  ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge: Karen L. Stevenson

Date/Time: 2/8/2023 (Wednesday) @ 1:30p.m.

Courtroom: ***call-in information emailed to participating parties.

Dated: February 7, 2023

By: Gay Roberson
Deputy Clerk