UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-1803-FLA (KSx)                                     Date: February 8, 2023

Title   _Renee Maxwell v. American Airlines, Inc. et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | XTR 02/08//2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
Sherry Gregorio   Melissa Velez

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE**

    Case called. Counsel made their appearances. The Court held a telephonic conference with counsel for Plaintiff and Defendants to address a discovery dispute concerning the scheduling of seven depositions that Plaintiff has noticed. Plaintiff served notices for four of the seven depositions in October 2022, for individuals with percipient knowledge of events related to Plaintiff's claims; the remaining three depositions include a Rule 30(b)(6) deposition of Defendant's representative. Defendant has yet to confirm dates for any of the noticed depositions. The discovery cut-off in this matter is March 31, 2023. (_See_ Dkt. No. 16.)

    After further discussion with the parties, the Court concluded that, given the limited amount of time remaining to complete fact discovery, this scheduling dispute should be resolved without motion practice. Therefore, the Court orders the parties to promptly meet and confer to confirm depositions dates and witness availability for the pending depositions. If the parties are unable to agree on a schedule for the depositions, the Court will hold a follow-up telephonic conference call on **Friday, February 10, 2023, at 2: 00 p.m.**

IT IS SO ORDERED:

                                                                                    : 18 mins
                                                            **Initials of Preparer**    gr