UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1803-FLA (KSx)                                         Date: March 16, 2023

Title   *Renee Maxwell v. American Airlines, Inc., et al.*

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | 03/16/2023-XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Sherry Gregorio | Melissa Velez |

**Proceedings:**   MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTES

    Case called.  Counsel made their appearances.  The Court held a telephonic conference with counsel for Plaintiff and Defendant regarding Defendant's responses to Plaintiff's First Set of Requests for Production ("RFPs") and Requests for Admissions ("RFAs"), Defendant's responses to Plaintiff's Second Set of RFPs, and Defendant's responses to Plaintiff's Third Set of RFPs.

    As initial matters, the Court confirmed that the discovery cut-off in this matter has been extended to June 30, 2023 and the Court issued a Stipulated Protective Order on March 3, 2023. (*See* Dkt. No. 26.)

    After further discussion, Defendant is directed to complete its supplemental production in response to Plaintiff's First Set of RFPs and RFAs by no later than 5:00 p.m. on Tuesday, March 21, 2023 and include a response identifying the bates numbers of the documents that are responsive to specific categories of RFPs.

    Defendant served only objections to Plaintiff's Second Set of RFPs.  Defendant represented that it intends to provide supplemental responses to Plaintiff's Second Set of RFPs on March 17, 2023.  The Court directed Defendant to serve its supplemental responses and responsive documents no later than 6:30 p.m. March 16, 2023.  However, Plaintiff is scheduled to take a deposition of defense witness, Mr. Oebker, on March 17, 2023.  Therefore, the Court ruled that if Plaintiff feels the supplemental information received on the evening before the deposition was not timely disclosed and limited her ability to fully interrogate the witness regarding documents and/or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-1803-FLA (KSx)                                             Date: March 16, 2023

Title         *Renee Maxwell v. American Airlines, Inc., et al.*

issues disclosed in Defendant's March 16, 2023 supplemental production, Plaintiff will be allowed an additional 2.5 hours to complete the deposition of Mr. Oebker solely on topics related to the newly produced documents and discovery responses.

The parties shall meet and confer after the initial Mr. Oebker deposition regarding whether an additional 2.5 hours is needed in light of Defendant's March 16, 2023 document production and, if necessary, the parties may contact the Court to schedule a follow-up telephonic discovery conference.

Finally, by no later than March 24, 2023, the parties are to meet and confer regarding a date certain for Defendant to produce documents and responses to Plaintiff's Third Set of RFPs.

**IT IS SO ORDERED.**

: 31 mins

**Initials of Preparer**     gr