Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Sherry M. Gregorio, Esq., Bar No.: 263856
sgregorio@pbbgbs.com
Irene Yousefi, Esq., Bar No.: 328432
iyousefi@pbbgbs.com
Avery Canty, Esq., Bar No.: 343011
acanty@pbbgbs.com
Lusine Arshakyan, Esq., Bar No.: 348834
larshakyan@pbbgbs.com
**PETERSON, BRADFORD, BURKWITZ GREGORIO, BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Plaintiff,
RENEE MAXWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MAXWELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01803-FLA-(KSx)<br>Hon. Fernando L. Aenlle-Rocha (Dist. Judge, CourtRoom 6B)<br>Hon. Karen L. Stevenson (Magistrate Judge)<br><br>**DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF LORRAINE CHIN, OR ALTERNATIVELY, THAT THE MOTION BE HEARD AT TIME OF EX PARTE**<br><br>Trial Date: November 21, 2023<br>Complaint Filed: February 4, 2022 |

1

DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF
PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION
Case No: 2:22-cv-01803-FLA-(KSx)

I, Sherry M. Gregorio, declare and state as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California, including this District Court, and am a partner of the law firm of Peterson · Bradford · Burkwitz ·Gregorio · Burkwitz · Su, attorneys of record for Plaintiff Renee Maxwell. I have personal knowledge of the facts of this case, and if called as a witness, I could and would competently testify thereto.

2. On October 4, 2022, more than six months ago, Plaintiff served Defendant with Lorraine Chin's first notice of deposition, noticing the deposition for November 8, 2022. On October 29, 2022, Defendant objected to the deposition notice and failed to provide any alternative dates, despite the fact that another notice of deposition was again served in January 2023 and ignored.

3. The matter was brought before the magistrate. At the February 8, 2023 pre-motion discovery conference, Defendant was ordered to work with Plaintiff on setting firm dates for these depositions, and Defendant's counsel, Ms. Velez, assured Plaintiff's counsel and the Court that firm dates would be provided. As ordered by the Magistrate Judge, Defendant provided what was to be a "firm" deposition date by Friday, February 10, 2023.

4. On February 13, 2023, five days after the initial February 8, 2023 pre-motion discovery conference, Plaintiff served an Amended Deposition Notice for Lorraine Chin to be held on March 10, 2023. On March 3, 2023, Plaintiff informed Defendant that Plaintiff intended to proceed with the deposition of Lorraine Chin. On March 6, 2023, Defendant informed Plaintiff that it was "more prudent to table the depositions this week pending wrapping up of written discovery." That same day, Plaintiff informed Defendant that Plaintiff would like the depositions to go forward as noticed, but Defendant unilaterally took Ms. Chin's deposition off calendar and offered alternative dates.

On March 8, 2023, Plaintiff emailed Defendant and requested firm dates for the depositions.

2

**DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION**
Case No: 2:22-cv-01803-FLA-(KSx)

On March 10, 2023, Defendant offered March 21, 2023 for Lorraine Chin. On March 13, 2023, Plaintiff confirmed the date, however, within an hour, informed Defendant that the date would not work. Defendant offered March 28, 2023 for Lorraine Chin and on March 14, 2023, the date was confirmed and a notice of deposition served.

On March 24, 2023, Plaintiff transmitted a link for the deposition of Lorraine Chin. On March 27, 2023, the day before the deposition, Plaintiff sought to confirm the deposition, and Defendant again took the deposition of Ms. Chin off calendar.

On March 30, 2023, Defendant stated they were waiting for confirmation from Lorraine Chin to provide a new available date. As of this date, despite purported assurances, no further dates have been provided for Lorraine Chin. Attached as **Exhibit A** is a true and correct copy of the Parties' : Attempts to Meet and Confer dated March 3, 2023 through March 31, 2023.

5.   Defendant's gamesmanship has frustrated and impeded Plaintiff's attempts to conduct depositions. It is clear that Defendant had absolutely no intention of allowing these depositions to go forward.

6. Pursuant to Local Rule 7-19.1, attempts were made by my office to provide oral notice of this ex parte application to specially set the Joint Stipulation Compelling Lorraine Chin's deposition. Three telephone calls were made to Defense counsel on May 9, 2023 and one telephone call was made to Defense counsel on May 10, 2023. Voicemails were left and no call backs were received. Thus, notice was provided in compliance with Local Rule 7-19.1 via email correspondence. We anticipate the ex-parte will be opposed.

///
///
///
///
///

3

**DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION**
Case No: 2:22-cv-01803-FLA-(KSx)

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of May 2023, in Burbank, California.

/s/ Sherry M. Gregorio
Sherry M. Gregorio, Esq.
Declarant

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION**
Case No: 2:22-cv-01803-FLA-(KSx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 11, 2023, I served the foregoing document described as:
**DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF LORRAINE CHIN, OR ALTERNATIVELY, THAT THE MOTION BE HEARD AT TIME OF EX PARTE**
on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2023, in Burbank, California.

/s/ Umbreen A. Desai
Umbreen A. Desai

5

DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION
Case No: 2:22-cv-01803-FLA-(KSx)

# SERVICE LIST

RE: <u>Maxwell, Renee v. American Airlines, Inc.</u>

Case No.: 2:22-cv-01803-FLA-(KSx)

Tanja L. Darrow, Esq.
tdarrow@littler.com
Jacob M. Krall, Esq.
jkrall@littler.com
Melissa Velez, Esq.
mvelez@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant,
AMERICAN AIRLINES, INC.

DECLARATION OF SHERRY M. GREGORIO, ESQ. IN SUPPORT OF
PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION
Case No: 2:22-cv-01803-FLA-(KSx)