Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbgbs.com
Sherry M. Gregorio, Esq., Bar No.: 263856
sgregorio@pbbgbs.com
Irene Yousefi, Esq., Bar No.: 328432
iyousefi@pbbgbs.com
Avery Canty, Esq., Bar No.: 343011
acanty@pbbgbs.com
Lusine Arshakyan, Esq. Bar No.: 348834
larshakyan@pbbgbs.com
**PETERSON, BRADFORD, BURKWITZ GREGORIO, BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Plaintiff,
RENEE MAXWELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE MAXWELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01803-FLA-(KSx)<br>Hon. Fernando L. Aenlle-Rocha (Dist. Judge, CourtRoom 6B)<br>Hon. Karen L. Stevenson (Magistrate Judge)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR JOINT STIPULATION COMPELLING DEPOSITION OF LORRAINE CHIN, OR ALTERNATIVELY, THAT THE MOTION BE HEARD AT TIME OF EX PARTE**<br><br>Trial Date: November 21, 2023<br>Complaint Filed: February 4, 2022 |

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

1

**[PROPOSED] ORDER**
Case No: 2:22-cv-01803-FLA-(KSx)

**IT IS HEREBY ORDERED ADJUDGED AND DECREED**

Based on Plaintiff's Ex Parte Application and good cause shown therein, this Court grants Plaintiff's Ex Parte Application and orders that: (1) the hearing date on Joint Stipulation Compelling deposition of Lorraine Chin, be shortened and advanced to _____, 2023, [or] (2) the deposition of Lorraine Chin to be conducted on _____, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023          By: _____

Hon. Karen L. Stevenson

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**[PROPOSED] ORDER**
Case No: 2:22-cv-01803-FLA-(KSx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 11, 2023, I served the foregoing document described as:

**[PROPOSED] ORDER RE: PLAINTIFF'S FIRST OPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF LORRAINE CHIN, OR ALTERNATIVELY, THAT THE MOTION BE HEARD AT TIME OF EX PARTE**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2023, in Burbank, California.

/s/ Umbreen A. Desai
Umbreen A. Desai

PETERSON, BRADFORD, BURKWITZ, GREGORIO, BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

3

**[PROPOSED] ORDER**
Case No: 2:22-cv-01803-FLA-(KSx)

1

## SERVICE LIST

2   **RE:**    <u>**Maxwell, Renee v. American Airlines, Inc.**</u>

3           **Case**        2:22-cv-01803-FLA-(KSx)
            **No.:**
4

5   Tanja L. Darrow, Esq.
    tdarrow@littler.com
6   Jacob M. Krall, Esq.
    jkrall@littler.com
7   Melissa Velez, Esq.
    mvelez@littler.com
8   LITTLER MENDELSON, P.C.
    633 West 5th Street, 63rd Floor
9   Los Angeles, California 90071
    Telephone: 213.443.4300
10  Fax No.: 213.443.4299

11  Attorneys for Defendant,
    AMERICAN AIRLINES, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PETERSON, BRADFORD, BURKWITZ,*
*GREGORIO, BURKWITZ & SU, LLP*
*100 North First Street, Suite 300*
*Burbank, California 91502*
*Telephone 818.562.5800*

4

**[PROPOSED] ORDER**
Case No: 2:22-cv-01803-FLA-(KSx)